AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CHIEDOZIE UNACHUKWU**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

*(Name and Address of Defendant)*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 16, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, *(Track Statutory Language of Offense)*

knowingly travel into the District of Columbia from the State of Maryland for the purpose of engaging in illicit sexual conduct, that is a sex act as defined in 18 U.S.C. 2246(2), with a person under 18 years of age and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, specifically 18 U.S.C. 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

in violation of Title __18__ United States Code, Section(s) __2423(b)__.

I further state that I am __DETECTIVE JONATHAN ANDREWS__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

_____
Signature of Complainant
**DETECTIVE JONATHAN ANDREWS**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                                                             City and State

_____            _____
Name & Title of Judicial Officer                      Signature of Judicial Officer

**STATEMENT OF FACTS**

On Thursday, November 16, 2006, Detective Palchak (MPD) was acting in an undercover capacity as part of a multi- jurisdictional Internet Crimes Against Children (ICAC) Task Force. Detective Palchak was operating out of a Satellite Office in Washington, DC. On Thursday, November 16, 2006, an individual using the screen name "freddyuna" initiated contact with Detective Palchak who was using the screen name "lilmandygrl_dc". Detective Palchak identified himself as a thirteen year-old female residing in the District of Columbia. The defendant who was using the screen name "freddyuna" identified himself as a twenty three year-old male who resides in Hyattsville, Maryland.

The defendant initiated two conversations in a private Yahoo chat room. The first chat started on Thursday, November 16, 2006 at 5:51 p.m., and ended at 6:37 p.m. The second conversation started on Thursday, November 16, 2006 at 9:43 p.m., and ended at 9:50 p.m. During the course of the first conversation the defendant ask "lilmandysgrl_dc" if she was a virgin and had done anything sexual. The defendant also asked, "lilmandygrl_dc if she masturbated and if she knew what oral sex was. The defendant also asked, "do u think u can take this big dick". The defendant made arrangements to have vaginal intercourse with "lilmandygrl_dc" and said, "I cant wait to fuck!". During the second conversation the defendant made arrangements to meet "lilmandygrl_dc" in front of xxx Xxxxxxxx Xxxxx Xxxxxxxxx, Xxxxxxxxxx, XX. The defendant informed the undersigned that he was driving a white 2007 Toyota Camry.

During the course of the first conversation the undersigned sent the defendant a picture via Instant message of a child wearing a bathing suit. The defendant invited the undersigned to view his photo on his Yahoo profile.

On Thursday, November 16, 2006, Detective Jonathan Andrews observed the defendant operating a 2007 white Toyota Camry in front of xxx Xxxxxxxx Xxxxx Xxxxxxxxx, Xxxxxxxxxx, XX. Detective Andrews along with Sergeant M. Hines and Detective Miranda stopped the defendant without incident and placed him under arrest.

_____
DETECTIVE JONATHAN ANDREWS
METROPOLITAN POLICE DEPARTMENT

Subscribed and sworn to before me this _____ day of November, 2006.

_____
U.S. MAGISTRATE JUDGE