UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Cr. No. 01:06-mj-482-AK |
| **v.** : | |
| : | |
| **CHIEDOZIE UMACHUKWU,** : | |
| : | |
|       **Defendant.** : | |

<u>Government's Notice of Assignment and Substitution of Counsel</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby gives notice to the Court that the above matter is now assigned to Assistant U.S. Attorney Michael C. Liebman, michael.liebman@usdoj.gov, and that AUSA Liebman is substituting in as counsel for the government.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR
                        UNITED STATES ATTORNEY

      by: _____
           Michael C. Liebman
           Assistant United States Attorney
           D.C. Bar No. 479562
           555 Fourth Street, N.W., room 4231
           Washington, D.C.  20530
           353-2385