06-482

2006 FDC 025756   File Date: 11/18/2006
UNITED STATES Vs. CHIEDOZIE FREDERICK UNACHUKWU
aka CHIEDOZIE FREDERICK UNACHUKWU

PDID #:

Lock up number: **NO L/U #**

**FILED**

DEC 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT