IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal No. 06-482-M-01 (AK) |
| ) | |
| CHIEDOZIE UNACHUKWU, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SPEEDY TRIAL WAIVER**

Defendant, Chiedozie Unachukwu, respectfully submits that he has been informed of and understands his rights under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. Having been informed of those rights and his ability to waive those rights temporarily and exclude periods of time from the operation of the Act, Mr. Unachukwu hereby waives sixty (60) days from the date of this Notice for the government to obtain an indictment against him. The purpose of this waiver is so that counsel for Mr. Unachukwu and the government can have further discussions concerning a pre-indictment disposition of his case.

WHEREFORE, Defendant respectfully consents to the exclusion of sixty (60) days from the date of this Notice under the Speedy Trial Act.

Respectfully submitted,

           /s/
_____
Jonathan S. Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202) 208-7500
(202) 208-7515 (fax)